# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M ADMINISTRATIVE DOCKET

This Document Relates To:

Admin Docket No.

Case No. 3:19-mc-87

JUDGE M. CASEY RODGERS
MAGISTRATE JUDGE GARY R. JONES

| **REQUEST FOR DISMISSAL FROM ADMINISTRATIVE DOCKET** | |
|---|---|
| **I. PLAINTIFF INFORMATION** | |
| **MDL Centrality Plaintiff ID:** | |
| **Name:** First    M.I.    Last | |
| Are there any unresolved representation issues pending before the Court in the plaintiff's administrative case? | Yes/No |
| Are there any disputes involving initial census submissions pending before the Court in the plaintiff's administrative case? | Yes/No |
| **II. EFFECT OF REQUEST FOR DISMISSAL** | |
| If there are *no* unresolved representation issues or disputes involving initial census submissions pending before the Court in the plaintiff's administrative case at the time this Request for Dismissal is docketed, then the Request for Dismissal will be construed as a notice of voluntary dismissal and the plaintiff's administrative case will be automatically dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), without a court order.<br><br>If there *are* unresolved representation issues or disputes involving initial census submissions pending before the Court in the plaintiff's administrative case at the time this Request for Dismissal is docketed, then the Request for Dismissal will be construed as a motion to dismiss under Fed. R. Civ. P. 41(a)(2); in which case, plaintiff's administrative case may only be dismissed by court order. | |

Dated: _____    Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF**